UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

        BRIAN A. BANKS AND              Case No. 25-20315-dob
        SHANNON M. BANKS,           Chapter 13 Proceeding
            Debtors.                Hon. Daniel S. Opperman

_____/

PENNY DERENOBE,
        Plaintiff,

v.                                  Adversary Proceeding
                                  Case No. 25-02031-dob

BRIAN A. BANKS AND
SHANNON M. BANKS,
        Defendants.

_____/

<u>ORDER DENYING PLAINTIFF PENNY DERENOBE'S</u>
<u>MOTION FOR SUMMARY JUDGMENT</u>

For the reasons stated in an opinion delivered in open Court on June 18, 2026, Plaintiff

Penny Derenobe's Motion for Summary Judgment is DENIED.

**Signed on June 22, 2026**



                                    **/s/ Daniel S. Opperman**
                                      **Daniel S. Opperman**
                                      **United States Bankruptcy Judge**

1